IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

RECEIVED

2006 DEC -6  A 9:46

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Antonio Washington #197522 )
_Full name and prison number_ )
of plaintiff(s) )
 )
v. Brian Mitchell, psychologist )   CIVIL ACTION NO. 2:06 CV 1082-MHT
      (Comm.) )   (To be supplied by Clerk of
Bob Riley, Governor; Richard Allen )   U.S. District Court)
 )
Gwendolyn Moseley, warden, Paul Whaley )
 )
Director of Classification, Ms Brown, Central )
Records, Sandra Hayes classification specialist )
Easterling, Latrice Greene, Director of Classification )
Williams, Charlette Wilson, Classification specialist Sidney )
Chairman; William C. Segrest, Director parole Bd. )
_Name of person(s) who violated_ )
your constitutional rights. )
(List the names of all the )
persons.) )

**DEMAND FOR JURY TRIAL**

I.  PREVIOUS LAWSUITS
    A.  Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action? YES ( ) NO (✓)

    B.  Have you begun other lawsuits in state or federal court relating to your imprisonment? YES ( ) NO (✓)

    C.  If your answer to A or B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

        1.  Parties to this previous lawsuit:

            Plaintiff(s) _N/A_

            Defendant(s) _N/A_

        2.  Court (if federal court, name the district; if state court, name the county) _N/A_

3. Docket number _N/A_

4. Name of judge to whom case was assigned _N/A_

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) _N/A_

6. Approximate date of filing lawsuit _N/A_

7. Approximate date of disposition _N/A_

II. PLACE OF PRESENT CONFINEMENT _Easterling Corr. Fac. 200 wallace drive, Clio Alabama 36017_

PLACE OF INSTITUTION WHERE INCIDENT OCCURRED _Alabama State Capitol, Central Records of A.L.D.O.C., Alabama Parole Board central office._

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

NAME                                    ADDRESS

1. _Bob Riley, State Capitol, 600 Dexter Avenue, Room N-103, Montgomery, Al. 3613_
   _Brian Mitchell, 200 Wallace Drive, Clio, Al. 36017_
2. _Richard Allen ALDOC, 64 N-union street, Montgomery, Al 36130_
   _Gwendolyn Moseley, 200 Wallace Drive, Clio, AL 36017_
3. _Latrice Greene 200 Wallace Drive, Clio, Al 36017_
   _Sidney Williams, Central office, 301 S. Ripley Street, Montgomery, Al 36130-2405_
4. _Charlette Wilson 200 Wallace Drive, Clio, Al 36017_
   _Paul Whaley 1400 Lloyd Street, Montgomery, Al 36130_
5. _MS Brown 1400 Lloyd Street, Montgomery, Al 36130_
   _Sidney Williams, Central office, 301 S. Ripley Street, Montgomery, Al 36130-2405_
6. _William C. Segrest, central office, 301 S. Ripley, street, Montgomery, Al 36130-2405_
   _Sandra Hayes 200 Wallace Drive Clio Al 36017_

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED _On or about May 2, 06 and December 1st, 2006 Continuously._

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: _Defendants herein acted in concert to make plaintiff the victim of overcrowdedness, lack of security, Health Hazzard situation and misappropriate use of government funds for pre-seg, Crimebill and Aftercare at Easterling Corr. Fac. For ALDoc in violation of plaintiff Eighth and fourteenth Amendment of the United States Const._

2

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved.)

Defendants; Riley, Allen, Moseley, Mitchell, Whaley, Brown, Loreen, Wilson, Hayes Force Plaintiff to take Counter productive programs of Pre-sap-Crime Bill and after care in order to recieve Government funding even though this is a repeat of the same criteria in the same dorms 9 and 10 at Easterling Corr. Fac. which is over crowded, rat and insect infested with foul tasting greasy film drinking water. Bunks are often packed together so closely that sanitation and security is impossible to maintain. Defendents continue to bring more inmates from county jails, and refuse to follow S.O.P. for ALDOC in order to hold plaintiff to repeat programs for funds again.

GROUND TWO: Defendents Williams and Segrest acts in concert with other Defendants Riley, et al. to deliberate indifference plaintiff from other inmates granted parole because of their elite status and Funds.

SUPPORTING FACTS: Defendents Williams and Segrest grants parole to other inmates who have concern Family members with funds and lawyers to represent them at their parole hearings plus under the table tips and contribution to parole board members. Plaintiff contend that he was denied this same opportunity of equality because he had no family members, lawyers, or funds to contribute to parole board members; was left in the system to relaundry through these ALDOC counter productive programs for more funds from the Goverment for Defendants were in to split.

GROUND THREE: _____

SUPPORTING FACTS: _____

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

Plaintiff seek jury trial, injunctive relief for defendants to fix overcrowding, Stop Racketeering the Federal government for funds by deceptive means under the desguise of treatment To grant plaintiff and other inmates parole equally ending this deliberate indifference and stop punitive treatment of plaintiff. For punitive Treatment of plaintiff in this overcrowd lack of security Health Hazard Situation plaintiff seek Five (5) million dollars in punitiv damages and Attorney fee's

_Antonio Washington_
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on _____.
(Date)

_Antonio Washington_
Signature of plaintiff(s)

4