AO 240 (Rev. 10/03)

# UNITED STATES DISTRICT COURT

__Middle__ District of __Alabama__

RECEIVED
2006 DEC -6 A 9:46

ANTONIO WASHINGTON, #197522

Plaintiff

V.

BOB RILEY, et al.,

Defendant

APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT

CASE NUMBER: 2:06cv1082-T

I, __Antonio Washington__ declare that I am the (check appropriate box)
☑ petitioner/plaintiff/movant    ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?   ☑ Yes   ☐ No   (If "No," go to Part 2)

   If "Yes," state the place of your incarceration __Easterling Corr. Fac. For ALDOC__

   Are you employed at the institution? __No__   Do you receive any payment from the institution? __No__

   Attach a ledger sheet from the institution(s) of your incarceration showing at least the past **six** months' transactions.

2. Are you currently employed?   ☐ Yes   ☑ No

   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

   b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.
   __On or about August 16, 2001__

3. In the past 12 twelve months have you received any money from any of the following sources?

   a. Business, profession or other self-employment   ☐ Yes   ☑ No
   b. Rent payments, interest or dividends            ☐ Yes   ☑ No
   c. Pensions, annuities or life insurance payments  ☐ Yes   ☑ No
   d. Disability or workers compensation payments     ☐ Yes   ☑ No
   e. Gifts or inheritances                           ☐ Yes   ☑ No
   f. Any other sources                               ☐ Yes   ☑ No

   If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

4. Do you have **any** cash or checking or savings accounts?  ☐ Yes  ☒ No

   If "Yes," state the total amount.  _____0_____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?  ☐ Yes  ☒ No

   If "Yes," describe the property and state its value.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

   Breanna Simms (daughter)

I declare under penalty of perjury that the above information is true and correct.

_12-4-06_  _Antonio Washington_
Date        Signature of Applicant

**NOTICE TO PRISONER:** A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

RECEIVED
2006 DEC -6 A 9:46
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT-ALA

ANTONIO WASHINGTON, #197522,
   Plaintiff,

V.

BOB RILEY, GOVERNOR, ET AL.,
   Defendants.

CIVIL ACTION NO. 2:06CV1082-T
(To Be supplied By Clerk of
U.S. District Court)

### MOTION TO PROCEED IN FORMA PAUPERIS AND JUDICIAL NOTICE OF DEFENDANTS REFUSAL TO PROCESS FOR NO GOOD CAUSE

Comes Now the Plaintiff Antonio Washington, by and through PRO/SE in the above style civil action hereby in good faith and for good cause hereby move this District Court on Motion to Proceed in forma pauperis, and take Judicial Notice of Defendant Refusal to process for no good cause under disguise that they do not understand the purpose of Application to proceed without payment of fees; Therefore, in light of the above and enclose Exhibit (A) plaintiff request from this district court a declartory order to be issued upon the defendants at Easterling Corr. Fac. to process plaintiff forma pauperis form and immediately return it to the court with a copy of plaintiff prison account records. DONE this 5th day of December 2006.

Respectfully submitted: Antonio Washington

CC: Defendants

Exhibit (A)

~~What~~ did you want
done with these
papers —

Mr Faulk