Washington

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece,

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _[signature]_ ☒ Agent ☐ Addressee

B. Received by (Printed Name): Darlene Gregory
C. Date of Delivery: 12-15-06

D. Is delivery address different from item 1? ☐ Yes ☐ No

1. Governor Bob Riley
Office of the Governor
Alabama State Capitol
600 Dexter Avenue
Montgomery, AL 36130-2751

3. Service Type
☐ Certified Mail   ☐ Express Mail
☐ Registered       ☐ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

2:06cv1082mHT (Cmpl order to dep)

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7005 1160 0001 2962 1195

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540