Washington

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece,

Sidney Williams
Central Office
301 S. Ripley Street
Montgomery, AL 36130

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X  Cornell Long
☐ Agent
☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
12/15/06

dress different from item 1?  ☐ Yes
delivery address below:       ☐ No

2:06cv1082-MHT (Cmp Order 40 dys)

3. Service Type
☑ Certified Mail    ☐ Express Mail
☐ Registered       ☐ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)   7005 1160 0001 2962 1270

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

---

Washington

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece,

William Segrest
Director, Parole Board
301 S. Ripley Street
Montgomery, AL 36130

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X  Cornell Long
☐ Agent
☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
12/15/06

dress different from item 1?  ☐ Yes
delivery address below:       ☐ No

2:06cv1082-MHT (Cmp Order 40 dys)

3. Service Type
☑ Certified Mail    ☐ Express Mail
☐ Registered       ☐ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)   7005 1160 0001 2962 1287

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540