*Washington*

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

Ms. Brown
Central Records
1400 Lloyd Street
Montgomery, AL 36130

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X *Connie Harrison*
☐ Agent
☐ Addressee

B. Received by ( Printed Name)    C. Date of Delivery
12/5/06

dress different from item 1?  ☐ Yes
delivery address below:  ☐ No

3. Service Type
☐ Certified Mail    ☐ Express Mail
☐ Registered    ☑ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2:06CV1082-MHT (Cmp/ans 40 dys)

2. Article Number
(Transfer from service label)    7005 1160 0001 2962 1263

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

*Washington*

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece,

Paul Whaley
Director of Classification
1400 Lloyd Street
Montgomery, AL 36130

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X *Connie Harrison*
☐ Agent
☐ Addressee

B. Received by ( Printed Name)    C. Date of Delivery
12/15/06

dress different from item 1?  ☐ Yes
delivery address below:  ☐ No

3. Service Type
☐ Certified Mail    ☐ Express Mail
☐ Registered    ☑ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2:06CV1082-MHT (Cmp/ans 40 dys)

2. Article Number
(Transfer from service label)    7005 1160 0001 2962 1256

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540