*Washington*

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece,

Latrice Greene
Director of Classification
Easterling Correctional Facility
200 Wallace Drive
Clio, AL 36017

2:06cv1082-MHT (Cmp/order 40 dy)

2. Article Number (Transfer from service label): 7005 1160 0001 2962 1232

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X *Yolanda Hora*    ☐ Agent  ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery: 12-15-06

Address different from item 1?  ☐ Yes
delivery address below:  ☐ No

☐ Certified Mail    ☐ Express Mail
☐ Registered    ☐ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

---

*Washington*

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

Sandra Hayes
Classification Specialist
Easterling Correctional Facility
200 Wallace Drive
Clio, AL 36017

2:06cv1082-MHT (Cmp/order 40 dy)

2. Article Number (Transfer from service label): 7005 1160 0001 2962 1249

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X *Yolanda Hora*    ☐ Agent  ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery: 12-15-06

Address different from item 1?  ☐ Yes
delivery address below:  ☐ No

☐ Certified Mail    ☐ Express Mail
☐ Registered    ☐ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

Washington

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

Brian Mitchell, Psychologist
Easterling Correctional Facility
200 Wallace Drive
Clio, AL 36017

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Yolanda Lova  ☐ Agent ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
                                 12-15-06

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☑ Certified Mail   ☐ Express Mail
☐ Registered      ☑ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

2:06CV1082-MHT (Cmpl Order 40 dys)

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)
7005 1160 0001 2962 1201

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

---

Washington

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

Gwendolyn Mosley, Warden
Easterling Correctional Facility
200 Wallace Drive
Clio, AL 36017

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Yolanda Lova  ☐ Agent ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
                                 12-15-06

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☑ Certified Mail   ☐ Express Mail
☐ Registered      ☑ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

2:06CV1082-MHT (Cmpl Order 40 dys)

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)
7005 1160 0001 2962 1218

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

_Washington_

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece,

Charlotte Wilson
Classification Specialist
Easterling Correctional Facility
200 Wallace Drive
Clio, AL 36017

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Yolanda Flora_  ☐ Agent  ☐ Addressee

B. Received by ( Printed Name )    C. Date of Delivery
                                    12-15-06

dress different from item 1?  ☐ Yes
delivery address below:      ☐ No

3. Service Type
☑ Certified Mail    ☐ Express Mail
☐ Registered       ☑ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
(Transfer from service label)
2:06cv1082-MHT (Complaint 40 dys)
7005 1160 0001 2962 1225

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540