Washington

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece,

1. Barbour County Environmental Health Department Commission
c/o David Nix
P. O. Box 219
Clayton, AL 36016

2:06CV1082 (Cmplament/order to dfp)

2. Article Number (Transfer from service label): 7005 1160 0001 2962 1300

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Judy Ketchum
☐ Agent
☐ Addressee

B. Received by (Printed Name)

C. Date of Delivery: 1-10-07

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☑ Certified Mail    ☐ Express Mail
☐ Registered    ☑ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

Washington

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete Item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece.

1. Beverly Spivey
c/o David Nix
P. O. Box 219
Clayton, AL 36016

2:06CV1082 (order/cmpl amend to dfp)

2. Article Number (Transfer from service label): 7005 1160 0001 2962 1317

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Judy Ketchum
☐ Agent
☐ Addressee

B. Received by (Printed Name)

C. Date of Delivery: 1-10-2007

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☑ Certified Mail    ☐ Express Mail
☐ Registered    ☑ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540