```
          IN THE UNITED STATES DISTRICT COURT
              MIDDLE DISTRICT OF ALABAMA
                   NORTHERN DIVISION
```

ANTONIO WASHINGTON,
    **Plaintiff,**

        Vs.        Case # 2:06-cv-1082-MHT

BOB RILEY, ET AL.,
    **Defendants.**


## MOTION FOR ENLARGEMENT

Comes now the State of Alabama and its Board of Pardons and Paroles, and shows unto the Court as follows:

1) Respondents request an enlargement of 10 days to adequately prepare its response.

2) Said granting of additional time will not prejudice petitioner.

                Respectfully submitted,

                TROY KING
                ATTORNEY GENERAL

                GREGORY O. GRIFFIN, SR.
                CHIEF COUNSEL

        s/HUGH DAVIS  
        DEPUTY ATTORNEY GENERAL  
        State Bar#:  ASB-4358-D63F  
        Ala. Bd. Pardons and Paroles  
        301 South Ripley Street  
        P.O. Box 302405  
        Montgomery, Alabama 36130  
        Telephone: (334) 242-8700  
        Hugh.davis@paroles.alabama.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on 1-12-07, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: (None), and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

    **ANTONIO WASHINGTON**  
    **AIS# 197522**  
    **200 WALLACE DRIVE**  
    **CLIO, AL 35017**

Done this **12**th day of **JANUARY**, 2007.

        Respectfully submitted,

        s/HUGH DAVIS  
        DEPUTY ATTORNEY GENERAL  
        State Bar#:  ASB-4358-D63F  
        Ala. Bd. Pardons and Paroles  
        301 South Ripley Street  
        P.O. Box 302405  
        Montgomery, Alabama 36130  
        Telephone: (334) 242-8700  
        Hugh.davis@paroles.alabama.gov