IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ANTONIO WASHINGTON, #197522, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:06-CV-1082-MHT |
| | ) |
| BOB RILEY, et al., | ) |
| | ) |
| Defendants. | ) |

**NOTICE OF APPEARANCE**

P. Brian Hale, Assistant Attorney General and Assistant General Counsel to the Alabama Department of Public, hereby files a notice of appearance as counsel for Beverly Spivey and the Barbour County Health Department, Environmental Division.

    Respectfully submitted,

    **/s/ P. Brian Hale**

    P. Brian Hale (HAL072)
    Assistant Attorney General

    Alabama Department of Public Health
    P.O. Box 303017
    Montgomery, Alabama 36130-3017
    Phone: (334) 206-5209
    Fax: (334) 206-5874

## **CERTIFICATE OF SERVICE**

      I hereby certify that on January 29, 2007, I electronically filed the foregoing Notice of Appearance with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the parties of record.

                                          **/s/ P. Brian Hale**

                                          P. Brian Hale (HAL072)
                                          Assistant Attorney General