IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ANTONIO WASHINGTON )<br>)<br>  Plaintiff, )<br>)<br>)<br>) CASE NO. 2:06-CV-1082-MHT<br>BOB RILEY, ET AL. )<br>)<br>  Defendants. )<br>)<br>) | |

## ANSWER OF DEFENDANTS
## RILEY, ALLEN, MITCHELL, MOSLEY, WHALEY, HAYES, GREENE, AND WILSON

COME NOW the Defendants, **Bob Riley, Richard Allen, Brian Mitchell, Gwendolyn Mosley, Paul Whaley, Sandra Hayes, Latrice Greene, and Charlotte Wilson,** by and through the undersigned counsel, and for their Answer to the above-styled action, state as follows:

These Defendants deny each and every material allegation made in the Complaint, and demand strict proof thereof.

These Defendants deny that they violated any of the Plaintiff's constitutional rights.

These Defendants deny that they violated the Plaintiff's due process rights.

These Defendants deny that they caused or allowed to continue any unconstitutional condition of the Plaintiff's confinement.

These Defendants deny that they conspired or discriminated against the Plaintiff in any way.

## DEFENSES AND AFFIRMATIVE DEFENSES

The Plaintiff has failed to state a claim upon which relief may be granted.

These Defendants are entitled to qualified immunity.

These Defendants are entitled to immunity under the Eleventh Amendment to the United States Constitution.

                  Respectfully submitted,

                  TROY KING
                  Attorney General

                  /s/ Benjamin H. Albritton
                  Benjamin H. Albritton
                  Assistant Attorney General

ADDRESS OF COUNSEL:

Office of the Attorney General
11 South Union Street
Montgomery, AL 36130
(334) 242-7300

## CERTIFICATE OF SERVICE

I hereby certify that I have, this the 20th day of February, 2007, served a copy of the foregoing upon all other defendants via Electronic Filing and on the Plaintiff by placing same in the United States Mail, postage prepaid and properly addressed as follows:

Antonio Washington, AIS #197522
Easterling Correctional Facility
200 Wallace Drive
Clio, Alabama 36017

                  /s/ Benjamin H. Albritton
                  Benjamin H. Albritton
                  Assistant Attorney General