IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ANTONIO WASHINGTON, #197522, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:06-CV-1082-MHT |
| | ) |
| BOB RILEY, *etc., et al.*, | ) |
| | ) |
| Defendants. | ) |

## ORDER

The Magistrate Judge filed a Recommendation (Doc. # 22) in this case to which no timely objections have been filed. Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is ORDERED that

1. The Recommendation is ADOPTED;

2. Plaintiff's case against all parties is DISMISSED without prejudice as plaintiff has abandoned his claims, failed to comply with the orders of this court, and failed to prosecute this cause of action.

DONE, this the 1st day of May, 2007.

       /s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE