```
DUPLICATE

Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602000607
Cashier ID: khaynes
Transaction Date: 10/02/2007
Payer Name: EASTERLING CORR FACILITY
-----------------------------------
PLRA CIVIL FILING FEE
 For: ANTONIO WASHINGTON
 Case/Party: D-ALM-2-06-CV-001082-001
 Amount:         $12.00
-----------------------------------
CHECK
 Check/Money Order Num: 2927
 Amt Tendered: $12.00
-----------------------------------
Total Due:      $12.00
Total Tendered: $12.00
Change Amt:     $0.00
```